**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) No. MC 05-072 PHX NVW |
| Lauren Meeks, | ) **ORDER** |
| Plaintiff, | ) |
| vs. | ) |
| Morrie Friedman, | ) |
| Defendant. | ) |

By orders of August 4, 2005 (doc. #21), and July 25, 2005 (doc. #14), this court ordered plaintiff's counsel to show cause why he should not be required to associate local counsel or have his pro hac vice admission revoked. Under the local rules of this court, the court may require that local counsel be associated in any case. LRCiv 83(c). Plaintiff's counsel has not associated local counsel as required by the court's orders.

IT IS THEREFORE ORDERED that the order of June 15, 2005 (doc. #6) granting admission pro hac vice as to Walter J. Kruger, III, is revoked and vacated.

DATED this 3rd day of November, 2005.

Neil V. Wake
United States District Judge